**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IN RE:

| | |
|---|---|
| WILLIAM KENT DUNSTON & DEBORAH LILE DUNSTON, | CASE NO.: 04-40114-LMK |
| Debtors_____/ | CHAPTER 11 |
| WILLIAM WHITNEY & DEBORAH WHITNEY, | |
| Plaintiffs | |
| v. | ADV. PRO. NO.: 04-4011-LMK |
| WILLIAM KENT DUNSTON & DEBORAH LILE DUNSTON, | |
| Defendants_____/ | |

**FINAL JUDGMENT**

THIS MATTER was tried before the Court on December 14-15, 2005, upon the Complaint of Plaintiffs William and Deborah Whitney. The Court having considered the testimony of witnesses, argument of counsel, and reviewed pleadings and related documents submitted in the caues, and ahving entered its Memorandum of Opinion in favor of the Plaintiffs on Count VII of their Complaint, it is hereby

ORDERED and ADUDGED that

1. Pursuant to the Court's announcement at the conclusion of the trial, Counts III, IV, and V of the Complaint are DISMISSED.

2. Final Judgment be and same is entered in favor of the Plaintiffs, William and Deborah Whitney on Count VII of the Complaint.

3. The Defendants are ordered to execute a mortgage on their homestead in favor of the Plaintiffs in the amount of $32,043.08, in accordance with the terms of Article VI of the Dunstons' confirmed Chapter 11 Plan

DONE AND ORDERED at Tallahassee, Florida, this 22nd day of March, 2006.

*[signature]*

LEWIS M. KILLIAN, JR.
U. S. Bankruptcy Judge

cc:    William Whitney
       Deborah Whitney
       William Kent Dunston
       Deborah Lile Dunston
       Allen Turnage
       Charles Edwards